UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SAM KWON,                                :
                                         :
                **Plaintiff,**           :
                                         :    1:22-cv-10744 (ALC)
       -against-                   :
                                         :    **ORDER**
YHANG THECK RHEEM, et al,                :
                                         :
                **Defendant.**           :
                                         :
-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      On December 20, 2022, Plaintiff filed the instant action against Defendants. ECF No. 1. On March 31, 2023, Defendant Jung Chai Yim filed a motion for judgment on the pleadings. ECF No. 15. Because Defendant is pro se, the Court will excuse its failure to file a request for a pre-motion conference with the Court prior to making the motion. To date Plaintiff has not filed a response to this motion. Accordingly, Plaintiff is hereby **ORDERED** to file a written response to Defendant's motion by **September 8, 2023**.

**SO ORDERED.**

**Dated: August 25, 2023**
      New York, New York

                                                              **ANDREW L. CARTER, JR.**
                                                             **United States District Judge**