UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

SAM KWON,

                     Plaintiff,

       -against-

YHANG THECK RHEEM, et al,

                    Defendants.

------------------------------------------------------------x

1:22-cv-10744 (ALC)

**SCHEDULING ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

In light of pro se Defendant Jung Chai Yim's motion to dismiss filed December 13, 2023, Defendant's Motion for Judgment on the Pleadings, ECF No. 15, is hereby **DENIED** as moot. The parties are directed to adhere to the following briefing schedule for Defendant's motion to dismiss:

    Plaintiff's Opposition:                     January 2, 2024

    Defendant's Reply:                       January 23, 2024

Plaintiff is directed to serve this order on Defendants by **December 14, 2023** and file an affidavit of service by that date.

**SO ORDERED.**

**Dated: December 13, 2023**
       New York, New York

                                                               **ANDREW L. CARTER, JR.**
                                                                 **United States District Judge**