UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SAM KWON,

        **Plaintiff,**

   -against-          1:22-cv-10744 (ALC)

YHANG THECK RHEEM, et al,      <u>ORDER</u>

        **Defendants.**
-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

  On December 13, 2023, this Court directed the parties to adhere to a briefing schedule for Defendant Jung Chai Yim's motion to dismiss. ECF No. 35. Plaintiff's opposition to Yim's motion, if any, was due January 2, 2024. To date, Plaintiff has not filed a response, nor requested an extension of time. Plaintiff must file a response, if any, by **January 4, 2024**. **Failure to do so will result in Yim's motion being deemed fully briefed.**

  Additionally, Plaintiff sought a Clerk's Certificate of Default as to Defendant Yhang Theck Rheem, ECF Nos. 37-38. However, the pleadings were deficient. If Plaintiff still seeks a default against Defendant Rheem, Plaintiff is ordered to refile its pleadings as soon as possible.

  Plaintiff is directed to serve this order on Defendants by **January 4, 2024** and file an affidavit of service by that date.

**SO ORDERED.**

**Dated: January 3, 2024**
   New York, New York            **ANDREW L. CARTER, JR.**
                      **United States District Judge**