UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

SAM KWON,

      **Plaintiff,**

   -against-

YHANG THECK RHEEM, et al,

      **Defendants.**

-------------------------------------------------------------x

1:22-cv-10744 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court is in receipt of Plaintiff's filing dated January 3, 2024, ECF No. 40-1, representing that it served a proposed stipulation of dismissal of this case against Defendant Jung Chai Yim with prejudice. As such, Defendant Yim's motion to dismiss, ECF No. 34, is held in abeyance. Plaintiff and Defendant Yim are **ORDERED** to file a joint status report as to how they wish to proceed in regard to Yim's motion to dismiss by January 12, 2024.

**SO ORDERED.**

**Dated: January 5, 2024**
   New York, New York

            **ANDREW L. CARTER, JR.**
            **United States District Judge**