UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

SAM KWON,

    Plaintiff,

  -against-

YHANG THECK RHEEM, et al,

    Defendants.

-------------------------------------------------------------x

1:22-cv-10744 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

On January 23, 2024, this Court issued an order to show cause to Defendants Yhang Theck Rheem and Rheem Yhang T d/b/a Yhang T. Rheem Newsstand why an Order should not be issued pursuant to Fed. R. Civ. P. 55 instructing Plaintiffs to seek default judgment against Defendants for failure to otherwise defend this action. ECF No. 46. Defendants' deadline to answer was January 31, 2024. To date, Defendants have not filed a response. Plaintiff is directed to seek default against Defendants.

Plaintiff is directed to serve a copy of this Order on Defendants, and file proof of service by February 12, 2024.

**SO ORDERED.**

**Dated:**  **February 9, 2024**
    **New York, New York**

                **ANDREW L. CARTER, JR.**
                **United States District Judge**